District Judge James L. Robart

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **GAZELLE SAFAVI HAAS et al** | )<br>)<br>) |
| **PLAINTIFFS,** | )<br>) |
| V. | ) **CIV ACTION NO.:** 2:25-CV- 942-JLR<br>)<br>) Noted for August 7, 2025 |
| **MARCO RUBIO**, *in his official capacity as Secretary of State, et al.*, | )<br>)<br>) |
| **DEFENDANTS.** | )<br>)<br>) |

### STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs and Defendants, through their undersigned counsel, hereby jointly stipulate and move the Court pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 10(g) for an extension of time for Plaintiffs to file their response to Defendants' Motion to Dismiss. Dkt. No. 8. Plaintiff's current deadline to respond is August 11, 2025, and the parties request an extension of 30 days, up to and including September 10, 2025. The parties further request that the Motion's noting date be extended from August 18, 2025, to September 18, 2025.

Good cause exists to extend these deadlines because Plaintiff's counsel has been out of the office due to a move. Therefore, the parties agree to and propose that Plaintiff's deadline to respond to the motion to dismiss be extended to September 10, and the Motion's noting date be extended to September

STIPULATED MOTION TO EXTEND DEADLINE
AND [PROPOSED] ORDER
2:25-cv-942-JLR

Nimer Law LLC
450 Alaskan Way S., Ste 200
Seattle, WA 98104
614-927-0270                                  1

18, 2025.  This is the first request for an extension of time for these deadlines and the requested extension will not prejudice either party.

DATED this 7[h] day of August, 2025.

Respectfully submitted,

*/s/ Jennifer E. Nimer*
JENNIFER NIMER (61962)
NIMER LAW LLC
450 Alaskan Way S, Ste 200
Seattle, WA 98104
614.927.0270
Email: jnimer@nimerlaw.com

*Attorney for Plaintiff*

  *s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NYS #5256359
Assistant United States Attorney
United States Attorney's Office
700 Stewart St, Suite 5220
Seattle, Washington 98101
Phone:  206-553-7970
Email:  sarah.bishop@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION TO EXTEND DEADLINE
 AND [PROPOSED] ORDER
 2:25-cv-942-JLR

Nimer Law LLC
450 Alaskan Way S., Ste 200
Seattle, WA 98104
614-927-0270

2

## [Proposed] ORDER

Plaintiff's deadline to respond to Defendants' Motion to Dismiss (Dkt. No. 8) is extended to September 10, 2025, and the Motion's noting date is extended to September 18, 2025.  It is so **ORDERED**.

Dated this 8th day of August, 2025.

_____
James L. Robart
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINE
 AND [PROPOSED] ORDER
 2:25-cv-942-JLR

Nimer Law LLC
450 Alaskan Way S., Ste 200
Seattle, WA 98104
614-927-0270

3